UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ASCENSION RV & BOAT STORAGE, LLC | CIVIL ACTION<br><br>NO. 19-661-SDD-RLB |

## ORDER

This matter is before the court on an Order (R. Doc. 2) setting a scheduling conference for December 12, 2019.

In light of the Motion to Remand (R. Doc. 3), the scheduling conference set for December 12, 2019 is CANCELLED. The parties are instructed to contact the undersigned should the District Judge deny the Motion to Remand to set a scheduling conference.

Signed in Baton Rouge, Louisiana, on December 9, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**